J. RANDALL ANDRADA (SBN 70000)
JOEL H. TRANTER (SBN 244600)
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 925
Oakland, California 94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA; MARK FOSTER;
and KURT VON SAVOYE (erroneously sued
herein as LOU VON SAVOYE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURKE, MELISSA BURKE, CLIFTON FARINA, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA; MARK FOSTER, individually and as an employee of the COUNTY OF ALAMEDA; LOU VON SAVOYE, individually and as an employee of ALAMEDA COUNTY and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: C06-04533 SBA <br><br> [PROPOSED] ORDER GRANTING DEFENDANT KURT VON SAVOYE'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE ENE SESSION <br><br> Action Filed:  July 25, 2006 <br> ENE Session:  January 24, 2007 <br> Evaluator:    Dean D. Paik, Esq. <br><br> <u>Magistrate Judge Wayne D. Brazil</u> |

The request of defendant Kurt Von Savoye to be excused from personal attendance at the Early

Neutral Evaluation Session ("ENE session") came on regularly before this court. After consideration

of defendant's request, IT IS HEREBY ORDERED that defendant Kurt Von Savoye's Request to Be

Excused from Personal Attendance at the ENE Session is GRANTED, subject to the condition that

defendant Von Savoye make himself available to participate in the ENE session by telephone.

Dated: 1/19/07

United States District Magistrate Judge

1

{00047792.DOC/}AIMS 0624
Proposed Order re Von Savoye's Request to be Excused from ENE

*Burke v. County of Alameda, et al.*
C06-04533 SBA