1  J. RANDALL ANDRADA (SBN 70000)
   JOEL H. TRANTER (SBN 244600)
2  ANDRADA & ASSOCIATES
   PROFESSIONAL CORPORATION
3  180 Grand Avenue, Suite 925
   Oakland, California  94612
4  Tel.:   (510) 287-4160
   Fax:    (510) 287-4161
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA; MARK FOSTER;
   and KURT VON SAVOYE (erroneously sued
7  herein as LOU VON SAVOYE)

8
   ROBERT R. POWELL (SBN 159747)
9  DENNIS R. INGOLS (SBN 236458)
   THE LAW OFFICES OF ROBERT R. POWELL
10 925 West Hedding Street
   San Jose, California 95126
11 Tel:   (408) 553-0200
   Fax:   (408) 553-0203
12
   Attorneys for Plaintiffs
13 DAVID BURKE, MELISSA BURKE,
   and CLIFTON FARINA
14
                   UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  DAVID BURKE, MELISSA BURKE, CLIFTON FARINA, | Case No.:  C06-04533 SBA |
| 18           Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR GENERAL DISCOVERY** |
| 19       v. | |
| 20  COUNTY OF ALAMEDA; MARK FOSTER, individually and as an employee of the COUNTY OF ALAMEDA; LOU VON SAVOYE, individually and as an employee of ALAMEDA COUNTY and DOES 1-20, inclusive, | Action Filed:              July 25, 2006  Discovery Motion Cut-Off:  May 31, 2007  Trial Date:                October 1, 2007 |
| 23           Defendants. | |

25      The Court established May 31, 2007, as the deadline for discovery matters in this case.

26      Defendants have deposed plaintiff CLIFTON FARINA ("FARINA").

27      Defendants noticed depositions of plaintiffs DAVID BURKE ("BURKE") and MELISSA

28  BURKE ("MELISSA") for April, 2007.

                                                                                              1

1    Plaintiffs were compelled to cancel MELISSA's deposition because of illness.

2    Defendants were compelled to cancel BURKE's deposition because of counsel's involvement
3    in trial on another matter.

4    The parties have been unable to re-schedule said depositions until July, 2007, because of
5    scheduling conflicts.

6    Plaintiffs have not responded to Defendants' special interrogatories served on February 26,
7    2007.

8    Plaintiffs have not responded to Defendants' request for documents served on February 28,
9    2007.

10    On May 22, 2007, Plaintiffs' counsel requested additional time to respond to Defendants'
11    discovery requests because of personnel changes in counsel's office.

12    Defendants have re-noticed BURKE's deposition for July 2, 2007.

13    Defendants have re-noticed MELISSA's deposition for July 3, 2007.

14    Pursuant to Civil L.R. 6-1(b) and 6-2(a), the parties hereto, in consultation with their
15    respective counsel, do hereby agree and stipulate as follows:

16    1. There is significant outstanding general discovery.

17    2. The proposed extension of the Court's deadline will not affect the interest of any party.

18    3. The proposed extension should apply only to general discovery, not to expert discovery.

19    The parties therefore respectfully request that this Court order that the deadline for general
20    discovery in this matter be extended to July 20, 2007.

21    This stipulation may be executed in subparts and signatures transmitted by facsimile may be
22    deemed an original signature.

23    **IT IS SO STIPULATED.**

24    Date: May 31, 2007

            /s/ Robert R. Powell
25          ROBERT R. POWELL
            Attorney for Plaintiffs

26

27    Date: May 31, 2007

            /s/ Joel H. Tranter
28          JOEL H. TRANTER
            Attorney for Defendants

2

{00048638.DOC/} AIMS 0624                                          Burke v. County of Alameda, et al.
STIPULATION AND [PROPOSED] ORDER TO EXTEND GENERAL DISCOVERY DEADLINE  C06-04533 SBA

1  **IT IS SO ORDERED.**

2  Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation

3  and makes same an order of this court.

4  DATED: ~~May~~ June 1, 2007.



EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3