J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 925
Oakland, California 94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA; MARK FOSTER;
and KURT VON SAVOYE (erroneously sued
herein as LOU VON SAVOYE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BURKE, MELISSA BURKE, CLIFTON FARINA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; MARK FOSTER, individually and as an employee of the COUNTY OF ALAMEDA; LOU VON SAVOYE, individually and as an employee of ALAMEDA COUNTY and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C06-04533 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE DEPOSITION OF BRITTANY FARINA**<br><br>Action Filed: July 25, 2006<br>Trial:           October 1, 2007 |

Defendants COUNTY OF ALAMEDA, MARK FOSTER, and KURT VON SAVOYE, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs DAVID BURKE, MELISSA BURKE, and CLIFTON FARINA, by and through their counsel, ROBERT R. POWELL of the Law Offices of Robert R. Powell, submit the following stipulation with regard to an extension of the date by which Brittany Farina's deposition must be taken.

This stipulation is based on the following facts as well as the Declaration of Catherine E. Wheeler filed herewith.

1

1   Magistrate Judge Chen issued an Order on August 6, 2007 that Brittany Farina's deposition
2 should go forward. The Order also required the deposition to be taken no later than August 17.
3   Defendants' counsel has requested an extension of this deadline to a date no sooner than
4 August 28. Defendants' lead counsel, Mr. J. Randall Andrada, is currently trying a civil action, *Day*
5 *v. Mt. Diablo, et al.*, in the Superior Court of the State of California, in and for the County of Contra
6 Costa, Case No. C03-03014, in front of Judge Diana Becton-Smith, Dept. 30. Accordingly, Mr.
7 Andrada has a very limited amount of time in which to depose Miss Farina.
8   An extension of time from the original Order would allow both parties to work toward a
9 mutually acceptable time to complete Miss Farina's deposition.
10   Plaintiffs' counsel does not object to an extension of the deadline to take Miss Farina's
11 deposition. However, plaintiffs' consent to extending this deadline does not present a waiver to
12 objections they have previously asserted.
13   The parties therefore respectfully request that Magistrate Judge Chen order Miss Farina's
14 deposition to be held no later than August 28. Alternatively, if the pre-trial and trial dates are
15 extended on or before August 28, Miss Farina's deposition shall be held no later than September 10.
16   This stipulation may be executed in subparts and signatures transmitted by facsimile may be
17 deemed an original signature.

18   **IT IS SO STIPULATED.**
19 Date: August 13, 2007

_____
ROBERT R. POWELL
20 Attorney for Plaintiffs
DAVID BURKE, MELISSA BURKE, and
21 CLIFTON FARINA

22
23
24 Date: August 10, 2007

_____
CATHERINE E. WHEELER
25 Attorney for Defendants
COUNTY OF ALAMEDA, MARK FOSTER,
and KURT VON SAVOYE
26 //
27 //
//
28 //

2

{00050787.DOC/} AIMS 0624                                            *Burke v. County of Alameda, et al.*
STIPULATION & [PROPOSED] ORDER EXTEND DEADLINE OF B. FARINA'S DEPOSITION   C06-04533 SBA

1  **IT IS SO ORDERED.**

2  Based on the foregoing stipulation and for good cause appearing, the Court hereby adopts

3  said stipulation and makes same an Order of this Court.

5  DATED: August __14__, 2007  _____

6  THE HONORABLE EDWARD M. CHEN
   U.S. DISTRICT COURT MAGISTRATE JUDGE