J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 925
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA; MARK FOSTER;
and KURT VON SAVOYE (erroneously sued
herein as LOU VON SAVOYE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BURKE, MELISSA BURKE, CLIFTON FARINA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; MARK FOSTER, individually and as an employee of the COUNTY OF ALAMEDA; LOU VON SAVOYE, individually and as an employee of ALAMEDA COUNTY and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C06-04533 SBA<br><br>**FIRST AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE DEPOSITION OF BRITTANY F.**<br><br>Action Filed: July 25, 2006<br>Trial:            March 17, 2008 |

Defendants COUNTY OF ALAMEDA, MARK FOSTER, and KURT VON SAVOYE, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs DAVID BURKE, MELISSA BURKE, and CLIFTON FARINA, by and through their counsel, ROBERT R. POWELL of the Law Offices of Robert R. Powell, submit the following stipulation with regard to an extension of the date by which Brittany F.'s deposition must be taken.

This stipulation is based on the following facts as well as the Declaration of Catherine E. Wheeler filed herewith.

///

1

1  Magistrate Judge Chen issued an Order on August 6, 2007 that Brittany F.'s deposition could
2  go forward.  The Order also required the deposition to be taken no later than August 17.  Magistrate
3  Judge Chen issued another Order on August 14, 2007, approving the parties' stipulation that Brittany
4  F.'s deposition could be taken no later than September 10, 2007. (Declaration of Catherine E.
5  Wheeler at ¶ 2.)

6  Brittany F.'s deposition has been scheduled twice since Magistrate Judge Chen's order of
7  August 14, in accordance with dates and times provided to defendants' counsel by plaintiffs' counsel
8  as being agreeable to Melissa Burke and Brittany F.  The depositions were scheduled and properly
9  noticed for August 29 and September 4, 2007.  Brittany F. did not appear on either day. (Declaration
10 of Catherine E. Wheeler at ¶ 3.)

11 There is no mutually available time for Miss Farina's deposition to occur prior to the
12 September 10, 2007 deadline. (Declaration of Catherine E. Wheeler at ¶ 4.)

13 Defendants' lead counsel, Mr. J. Randall Andrada, is currently trying a civil action, *Day v.*
14 *Alagoz*, in the Superior Court of the State of California, in and for the County of Contra Costa, Case
15 No. C03-03014, in front of Judge Diana Becton-Smith, Dept. 30.  Mr. Andrada has another trial
16 scheduled to begin in state court on October 9, 2007.  Accordingly, Mr. Andrada has a very limited
17 amount of time in which to depose Brittany F. during September and October, 2007. (Declaration of
18 Catherine E. Wheeler at ¶¶ 5, 6, 8.)

19 <u>An extension of time from the Order of August 14, 2007 would allow both parties to work
20 toward a mutually acceptable time to complete Brittany F.'s deposition.</u>  This extension will not
21 interfere with the trial because trial has been rescheduled to begin on March 17, 2008. (Declaration
22 of Catherine E. Wheeler at ¶ 7.)

23 **IT IS STIPULATED** that the time for taking Brittany F.'s deposition is extended to
24 November 30, 2007.

25 **IT IS FURTHER STIPULATED** that both parties waive any claim of continuance on a
26 summary judgment or summary adjudication hearing based on the fact that Brittany F.'s deposition
27 has not yet taken place.  This waiver is null and void if plaintiffs submit any declaration by Brittany
28 F. with any motion or other filing with the court prior to the taking of her deposition.

2

{00051113.DOC/}AIMS 0624
FIRST AMENDED STIP & [PROPOSED] ORDER EXTEND DEPO DEADLINE

Burke v. County of Alameda, et al.
C06-04533 SBA

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

IT IS FURTHER STIPULATED that this stipulation does not present a waiver by plaintiffs' to objections they have previously asserted.

This stipulation may be executed in subparts and signatures transmitted by facsimile may be deemed an original signature.

Date: September 7, 2007

_____
ROBERT R. POWELL
Attorney for Plaintiffs
DAVID BURKE, MELISSA BURKE, and
CLIFTON FARINA

Date: September 7, 2007

_____
CATHERINE E. WHEELER
Attorney for Defendants
COUNTY OF ALAMEDA, MARK FOSTER,
and KURT VON SAVOYE

**IT IS SO ORDERED.**

Based on the foregoing stipulation and for good cause appearing, the Court hereby adopts said stipulation and makes same an Order of this Court.

DATED: September 18, 2007

_____
THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT MAGISTRATE JUDGE

3

{00051113.DOC/}AIMS 0624                                          Burke v. County of Alameda, et al.
FIRST AMENDED STIP & [PROPOSED] ORDER EXTEND DEPO DEADLINE                        C06-04533 SBA