ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiffs
DAVID & MELISSA BURKE,
CLIFTON FARINA

FILED
OCT 0 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
SEP 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID BURKE, et al )   Case No. C 06-04533 SBA
                    )
       Plaintiffs,  )   STIPULATION AND ORDER
                    )   TO SEAL CALICO TRANSCRIPT
vs.                 )   [Exhibit B to Declaration of Robert
                    )   R. Powell In Support of Motion for
COUNTY OF ALAMEDA, et al )   Summary Judgment / Summary
                    )   Adjudication]
       Defendants.  )
_____)

The parties hereto agree and stipulate as follows, and request this court order same:

1. The transcript of the videotaped interview of Brittany F. (Ex. B to Decl. Robert R. Powell submitted with Plaintiff's Motion for Summary Judgment), shall be filed under seal.

_____ 9/24/07              _____ 9/24/07
Robert R. Powell, Esq.                 Catherine E. Wheeler, Esq.
Attorney for Plaintiffs                Attorney for Defendants

## ORDER

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

IT IS SO ORDERED

10/4/07                                _____ 9/  /07
                                       SAUNDRA B. ARMSTRONG
                                       U.S. DISTRICT COURT – N.D. CAL

1