ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiffs
DAVID & MELISSA BURKE,
CLIFTON FARINA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| DAVID BURKE, et al ) | Case No. C 06-04533 SBA |
| ) | |
| vs. ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **TO AMEND COMPLAINT AND** |
| COUNTY OF ALAMEDA, et al ) | **ALLOW DEFENDANT TO BRIEF** |
| ) | **EXCESSIVE FORCE CLAIM IN** |
| Defendants ) | **PENDING SUMMARY JUDGMENT** |
| _____ ) | **MOTIONS** |

    The parties hereto, in consultation with their respective counsel, do hereby agree and stipulate as follows, and respectfully request that this court order same:

    1.    Plaintiffs may amend their complaint (First Amended Complaint attached) to include as a defendant Timothy Bartholomew and file same upon receipt of this Stipulation signed by the court.

    2.    Defendants' counsel waives service of complaint on defendant Bartholomew's behalf, accepting the e-filed version of the First Amended Complaint as service on defendant Anthony Bartholomew. Plaintiffs' counsel, on behalf of all plaintiffs, deem the First Amended Complaint answered by defendant Bartholomew as of the date said amended complaint is properly e-filed.

      Defendant Bartholomew shall not be required to file a separate answer. The answer of defendants County of Alameda, Mark Foster, and Kurt Von Savoye shall be the answer of defendant Bartholomew, but shall be deemed dated and entered when the First Amended Complaint is e-filed.

3.     The defendant's counsel shall have 15 days from the date of filing of the First Amended Complaint to file a supplemental brief on their pending summary judgment motion to address the 3rd Cause of Action in consideration of the proper naming of defendant Bartholomew as a defendant.

4.     Defendant Bartholomew reserves all rights to assert Plaintiffs' failure to comply with relevant statutes of limitation.

IT IS SO STIPULATED.

Date: 10/3/ 07                           /s/ Dennis R. Ingols
                                       Dennis R. Ingols, Esq.
                                       Attorney for Plaintiffs

Date: 10/3/ 07                           /s/ Catherine E. Wheeler
                                       Catherine E. Wheeler, Esq.
                                       Attorney for Defendants

## ORDER

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

Date: 10/ 16 /07

                                       */s/ Saundra B. Armstrong*
                                       JUDGE SAUNDRA B. ARMSTRONG
                                       UNITED STATES DISTRICT COURT
                                       NORTHERN DIST. CALIFORNIA