UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BURKE, et al., | Case No:  C 06-4533 SBA |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S OBJECTION TO EVIDENCE** |
| vs. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

In his reply brief filed on April 6, 2010, Defendant objected to Exhibit F to the Declaration of Robert Powell.  (Def.'s Reply at 2:11-3:25, Docket 159.)  By no later than June 30, 2010, Plaintiff shall file a written response to Defendant's objection.  The hearing on Defendant's motion for summary judgment shall be continued from June 22, 2010, to **July 21, 2010 at 2:00 p.m.**  The Court, in its discretion, may resolve the motion for summary judgment, without argument.  The parties are advised to check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated: June 17, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge