UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BURKE, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>      Defendants. | Case No: C 06-4533 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

    The Court having been notified of the settlement of this action (Docket 174), and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of the date this Order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

    IT IS SO ORDERED.

Dated: April 5, 2011

                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge